AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 21--mj-00107-NYW |
| MATTHEW VERNON | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the undersigned complainant in this case, state that the following is true to the best of my knowledge and belief:

On or about June 17, 2021, in the State and District of Colorado, the defendant, MATTHEW VERNON, violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm |
| 18 U.S.C. § 924(c) | Possession of a firearm in furtherance of drug trafficking |
| 21 U.S.C. § 841(a)(1) and (b)(1)(B)(i) | Possession with intent to distribute 100 grams or more of a mixture and substance containing heroin |

I further state that I am a Special Agent with The Federal Bureau of Investigation, and that this complaint is based on the following facts: see Affidavit attached hereto and herein incorporated by reference.

**X** Continued on attached sheet.

*/s Andrew Cohen*
*Complainant's signature*

Andrew Cohen, FBI Special Agent
*Printed name and title*

Sworn to before me and: ☐ signed in my presence.
☒ submitted, attested to, and acknowledged by reliable electronic means.

Date: **18 Jun 2021**

Nina Y. Wang   *Judge's signature*
United States Magistrate Judge
*Printed name and title*

City and state: Denver, Colorado

DEFENDANT:     MATTHEW VERNON

YEAR OF BIRTH:    1981

OFFENSE:
- COUNT 1:   Felon in possession of a firearm
- COUNT 2:   Possession of a firearm in furtherance of drug trafficking
- COUNT 3:   Possession with intent to distribute 100 grams or more of a mixture and substance containing heroin

LOCATION OF OFFENSE
(County and State):  EL PASO, COLORADO

PENALTY:
- COUNT 1:   NMT 10 YEARS IMPRISONMENT, NMT $250,000 FINE, OR BOTH; NMT 3 YEARS SUPERVISED RELEASE, $100 S.A. FEE.
- COUNT 2:   NLT 5 YEARS AND UP TO LIFE IMPRISONMENT, CONSECUTIVE TO ANY OTHER SENTENCE; NMT $250,000 FINE, OR BOTH; NMT 3 YEARS SUPERVISED RELEASE, $100 S.A. FEE.
- COUNT 3:   NLT 5 YEARS AND NMT 40 YEARS IMPRISONMENT, NMT $5,000,000 FINE OR BOTH, NLT 4 YEARS SUPERVISED RELEASE, $100 S.A. FEE.

AGENT/DEPUTY:   ANDREW COHEN
                FBI SPECIAL AGENT

AUTHORIZED BY:  GARRETH WINSTEAD
                ASSISTANT UNITED STATES ATTORNEY

ESTIMATED TIME OF TRIAL:

  X   five days or less       _____ over five days       _____ other

THE GOVERNMENT

  X   Will seek detention in this case based on 18 U.S.C. § 3142(f)(1).

The statutory presumption of detention is applicable to this defendant.

# AFFIDAVIT IN SUPPORT OF COMPLAINT AND ARREST WARRANT

I, Special Agent Andrew Cohen, being duly sworn, hereby depose and state that the following is true to the best of my information, knowledge and belief:

## INTRODUCTION AND AGENT BACKROUND

1. I am a Special Agent of the Federal Bureau of Investigation ("FBI") and have been since 2014.

2. As part of my duties, I investigate criminal violations relating to the violation of federal firearms laws. I have previously charged violations related to federal firearms laws. I have also received training and instruction in the field of investigations of violations of federal firearms laws.

## PURPOSE OF AFFIDAVIT

3. This affidavit is submitted to support a criminal complaint and application for an arrest warrant for MATTHEW VERNON.

4. Your Affiant believes probable cause exists that on or about June 17, 2021, in the State and District of Colorado, the defendant, MATTHEW VERNON, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm and ammunition in and affecting interstate commerce, in violation of 18 U.S.C. § 922(g)(1), did knowing possess a firearm in furtherance of drug trafficking, in violation of 18 U.S.C § 924(c), and did knowing possess with intent to distribute 100 grams or more of a mixture or substance containing a detectable amount of heroin in violation of 21 U.S.C § 841(a)(1) and (b)(1)(B)(i).

5. This affidavit is based upon information I gained from my investigation and observations; my training and experience; and from other individuals involved in the investigation.

6. Because this affidavit is submitted only to obtain a criminal complaint and arrest warrant, I have set forth only those facts I believe are necessary to establish probable cause for the above-mentioned offense in paragraph four.

## CRIMINAL HISTORY FOR MATTHEW VERNON

7. **Matthew Vernon**, year of birth 1981, is a convicted felon, and a suspected drug dealer. A review of Vernon's criminal history revealed the following felony arrests and convictions. Unless otherwise noted, these charges stem from El Paso County, Colorado.

- In 2011, Case 2011CR963, Vernon pled guilty to Vehicular Eluding, a Class 5 Felony, and was sentenced to two years Department of Corrections.

- In 2014. Case 2014CR2854, Vernon pled guilty to bias motivated crime with bodily injury, a Class 5 Felony, and was sentenced to two years Department of Corrections, concurrent with 16CR4282.

- In 2016, Case 2016CR4282, Vernon pled guilty to felony menacing with a real/simulated weapon, a Class 5 Felony, and was sentenced to two years Department of Corrections.

## A SEARCH WARRANT EXECUTION ON JUNE 17, 2021

8. On June 17, 2021, the FBI executed a Federal search warrant at VERNON'S residence; 4025 Jet Wing Pl, Colorado Springs, Colorado. The search warrant was authorized by United States Magistrate Judge Nina Y. Wang, and authorized on June 15, 2021.

9. Investigators recovered evidence at VERNON'S residence. Some, but not all of the evidence recovered is discussed in this affidavit.

10. Investigators recovered approximately 600 grams of a brown tar like substance from the closet on the upper level of VERNON'S residence. This substance later field tested presumptively positive for the presence of heroin. Based on my training and experience, I submit that 600 grams of heroin is indicative of distribution, not personal use.

11. In the master bedroom, investigators recovered the following illegal drugs.

    - Approximately 44 grams of a brown tar like substance that later field tested presumptively positive for the presence of heroin.

    - A plastic baggie containing approximately 10 grams of a white crystalline substance that later field tested presumptively positive for the presence of methamphetamine.

12. VERNON also had a digital scale and a cash counter in his bedroom. Based on my training and experience, I submit that 44 grams of heroin is indicative of distribution, as are the digital scale and the cash counting machine when found together with the illegal narcotics.

13. Also within the master bedroom, investigators recovered a Ruger 10/22 .22LR rifle bearing serial number 82833479 and indicia related to VERNON. The Ruger had a magazine inserted in the rifle with several rounds of ammunition, but no round in the chamber.

14. In the basement of the residence, investigators recovered the below two firearms.

- Behind a couch, and within a black plastic case, an AR15 style Black Rain Ordnance Fallout15 bearing serial number BR008374 with several loaded 30-round .223/5.56 caliber magazines. There was no round in the chamber, and no magazine inserted into the AR15.

- A Glock 42 .380 handgun was recovered from a dirty laundry basket. The magazine for the Glock 42 was empty.

15. After the discovery of items listed above, VERNON was arrested and transported to the Colorado Springs Police Department (CSPD) Sand Creek Substation.

### THE INTERVIEW OF VERNON

16. At the CSPD, VERNON was advised of Miranda and he agreed to speak with investigators without an Attorney present. VERNON's interview was audio and video recorded.

17. VERNON stated he and his 17 year old son are the only occupants of 4025 Jet Wing Pl. No other individuals have a key or have access to the residence.

18. VERNON knew he could not legally possess a firearm. Vernon shook his head up and down, indicating a "yes" answer when questioned about his knowledge of his inability to lawfully possess a firearm.

19. VERNON admitted he had an AR15 rifle, but thought the rifle was in the attic, and stated the rifle was in the house when he moved in. VERNON later recalled moving the AR15 from the attic to the basement.

20. VERNON admitted he had a .22 rifle in his bedroom that he acquired during the repossession of a vehicle. VERNON also stated that he acquired some heroin and methamphetamine at the same time he acquired the .22 rifle, which was also in his bedroom.

21. VERNON denied knowledge of the Glock 42 handgun in the basement.

### INTERSTATE NEXUS

22. On June 17, 2021, I contacted Black Rain Ordnance related to the Fallout15 model, serial BR008374. I learned that all Black Rain Ordnance products are manufactured in Neosho, Missouri, and that this specific rifle was originally sold on November 25, 2012, to a firearms distributor located in Plymouth, MN. As such, the rifle must have traveled in interstate commerce to reach Colorado.

23. On June 17, 2021, I spoke with a Bureau of Alcohol, Tobacco, Firearms and Explosives (BATFE) Special Agent. He informed me that Glock pistols and Ruger firearms are also not

...

manufactured in the State of Colorado and therefore must have crossed state lines before the defendant was in possession of them.

## **CONCLUSION**

24. Based on the foregoing, there is probable cause to believe, and I do believe, that on or about June 17, 2021, in the State and District of Colorado, the defendant, MATTHEW VERNON, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm and ammunition in and affecting interstate commerce, in violation of 18 U.S.C. § 922(g)(1), did knowing possess a firearm in furtherance of drug trafficking, in violation of 18 U.S.C § 924(c), and did knowing possess with intent to distribute 100 grams or more of a mixture or substance containing a detectable amount of heroin in violation of 21 U.S.C § 841(a)(1) and (b)(1)(B)(i)..

25. As such, your Affiant respectfully requests that the Court issue a criminal complaint and a corresponding arrest warrant for and against MATTHEW VERNON.

I, Special Agent Andrew Cohen, being duly sworn, hereby depose and state that the facts stated in the foregoing affidavit are true and correct to the best of my knowledge, information, and belief.

Sworn to and subscribed before me this __18th__ day of June, 2021.

_____
THE HON. NINA Y. WANG
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF COLORADO

**Affidavit reviewed and submitted by Garreth Winstead, Assistant United States Attorney.**

4

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) ) ) | Case No. 21-mj-00107-NYW |
| MATTHEW VERNON | ) | |
| *Defendant* | ) ) | |

**ARREST WARRANT**

TO:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay   MATTHEW VERNON  , who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

*Code Section*
18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(c)
21 U.S.C. § 841(a)(1) and (b)(1)(B)(i)

*Offense Description*
Felon in possession of a firearm
Possession of a firearm in furtherance of drug trafficking
Possession with intent to distribute 100 grams or more of a mixture and substance containing heroin

Date: **18 Jun 2021**

*Issuing officer's signature*
Nina Y. Wang
United States Magistrate Judge
*Printed name and title*

City and state: Denver, Colorado

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*