DEFENDANT:        MATTHEW VERNON

YEAR OF BIRTH:   1981

OFFENSE:
- COUNT 1: Felon in possession of a firearm
- COUNT 2: Possession of a firearm in furtherance of drug trafficking
- COUNT 3: Possession with intent to distribute 100 grams or more of a mixture and substance containing heroin

LOCATION OF OFFENSE (County and State): EL PASO, COLORADO

PENALTY:
- COUNT 1: NMT 10 YEARS IMPRISONMENT, NMT $250,000 FINE, OR BOTH; NMT 3 YEARS SUPERVISED RELEASE, $100 S.A. FEE.
- COUNT 2: NLT 5 YEARS AND UP TO LIFE IMPRISONMENT, CONSECUTIVE TO ANY OTHER SENTENCE; NMT $250,000 FINE, OR BOTH; NMT 3 YEARS SUPERVISED RELEASE, $100 S.A. FEE.
- COUNT 3: NLT 5 YEARS AND NMT 40 YEARS IMPRISONMENT, NMT $5,000,000 FINE OR BOTH, NLT 4 YEARS SUPERVISED RELEASE, $100 S.A. FEE.

AGENT/DEPUTY:   ANDREW COHEN
                FBI SPECIAL AGENT

AUTHORIZED BY: GARRETH WINSTEAD
                ASSISTANT UNITED STATES ATTORNEY

ESTIMATED TIME OF TRIAL:

__X__ five days or less     _____ over five days     _____ other

THE GOVERNMENT

__X__ Will seek detention in this case based on 18 U.S.C. § 3142(f)(1).

The statutory presumption of detention is applicable to this defendant.