AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| United States of America ) | |
| ) | |
| v. ) | Case No. 21-mj-00107-NYW |
| ) | |
| MATTHEW VERNON ) | |
| *Defendant* ) | |
| ) | |

**ARREST WARRANT**

TO:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay   MATTHEW VERNON  , who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

*Code Section*
18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(c)
21 U.S.C. § 841(a)(1) and (b)(1)(B)(i)

*Offense Description*
Felon in possession of a firearm
Possession of a firearm in furtherance of drug trafficking
Possession with intent to distribute 100 grams or more of a mixture and substance containing heroin

Date:  **18 Jun 2021**

*Issuing officer's signature*
Nina Y. Wang
United States Magistrate Judge

City and state:  Denver, Colorado

*Printed name and title*

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

*Arresting officer's signature*

*Printed name and title*