DEFENDANT:     MATTHEW VERNON

YEAR OF BIRTH:    1981

COMPLAINT FILED?     X  Yes      No

      If Yes, MAGISTRATE CASE NUMBER: 21-mj-107-NYW

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?   X  Yes   No
   If No, a new warrant is required

OFFENSE:   COUNT 1:   Title 18, United States Code, Section 922(g)(1); Felon in possession of a firearm

          COUNT 2:   Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(i); Possession with intent to distribute 100 grams or more of a mixture and substance containing heroin

          COUNT 3:   Title 18, United States Code, Section 924(c)(1)(A)(i); Possession of a firearm in furtherance of drug trafficking

LOCATION OF OFFENSE
(County and State):     EL PASO, COLORADO

PENALTY:   COUNT 1:   NMT 10 YEARS IMPRISONMENT, NMT $250,000 FINE, OR BOTH; NMT 3 YEARS SUPERVISED RELEASE, $100 S.A. FEE.

          COUNT 2:   NLT 5 YEARS AND NMT 40 YEARS IMPRISONMENT, NMT $5,000,000 FINE OR BOTH, NLT 4 YEARS SUPERVISED RELEASE, $100 S.A. FEE.

          COUNT 3:   NLT 5 YEARS AND UP TO LIFE IMPRISONMENT, CONSECUTIVE TO ANY OTHER SENTENCE; NMT $250,000 FINE, OR BOTH; NMT 3 YEARS SUPERVISED RELEASE, $100 S.A. FEE.

AGENT/DEPUTY:     ANDREW COHEN
                 FBI SPECIAL AGENT

AUTHORIZED BY:     GARRETH WINSTEAD
                 ASSISTANT UNITED STATES ATTORNEY

ESTIMATED TIME OF TRIAL:

   X  five days or less      over five days      other

THE GOVERNMENT

   X  Will seek detention in this case based on 18 U.S.C. § 3142(f)(1).

The statutory presumption of detention is applicable to this defendant.