# UNITED STATES DISTRICT COURT
for the
District of Colorado

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

2021 JUN 24 PM 3:34

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

| United States of America | ) |
| v. | ) |
| MATTHEW VERNON | ) Case No. 21-mj-00107-NYW |
| *Defendant* | ) |

## ARREST WARRANT

TO: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay __MATTHEW VERNON__, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

*Code Section*
18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(c)
21 U.S.C. § 841(a)(1) and (b)(1)(B)(i)

*Offense Description*
Felon in possession of a firearm
Possession of a firearm in furtherance of drug trafficking
Possession with intent to distribute 100 grams or more of a mixture and substance containing heroin

Date: __18 Jun 2021__

City and state: __Denver, Colorado__

Nina Y. Wang                *Issuing officer's signature*
United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 6/18/2021, and the person was arrested on *(date)* 6/24/2021
at *(city and state)* Colorado Springs CO.

Date: 6/24/2021

J. Lusk    FBI TFO
*Arresting officer's signature*
*Printed name and title*