IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 21-cr-00213-WJM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

**MATTHEW VERNON,**

        **Defendant.**

## NOTICE OF DISPOSITION

        Defendant, Matthew Vernon, by and through counsel, Timothy P. O'Hara, Assistant Federal Public Defender, hereby notifies this Honorable Court that a disposition has been reached in this case with the government.  The parties are requesting permission to contact the Court to schedule a Change of Plea Hearing.

        Respectfully submitted,

        VIRGINIA L. GRADY
        Federal Public Defender

        s/ *Timothy P. O'Hara*
        TIMOTHY P. O'HARA
        Assistant Federal Public Defender
        633 Seventeenth Street, Suite 1000
        Denver, Colorado  80202
        Telephone:  (303) 294-7002
        FAX:  (303) 294-1192
        Email:  timothy_ohara@fd.org
        Attorney for Defendant

CERTIFICATE OF SERVICE

      I hereby certify that on November 16, 2021, I electronically filed the foregoing **Notice of Disposition** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail address:

    Garreth Winstead, III, Assistant United States Attorney
    E-mail: garreth.winstead@usdoj.gov

. . . and I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Matthew Vernon (via U.S. mail)

                                  s/ *Timothy P. O'Hara*
                                  TIMOTHY P. O'HARA
                                  Assistant Federal Public Defender
                                  633 Seventeenth Street, Suite 1000
                                  Denver, Colorado  80202
                                  Telephone:  (303) 294-7002
                                  FAX:  (303) 294-1192
                                  Email:  timothy_ohara@fd.org
                                  Attorney for Defendant