IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 21-cr-00213-WJM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

  1.  MATTHEW VERNON,

       Defendant.

**ENTRY OF APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

DATED at Denver, Colorado this 27th day of December 2021.

                              COLE FINEGAN
                              United States Attorney

         By:    s/ *Albert Buchman*
                  ALBERT BUCHMAN
                  Assistant United States Attorney
                  United States Attorney's Office
                  1801 California Street, Suite 1600
                  Denver, Colorado 80202
                  Telephone: (303) 454-0100
                  Fax: (303) 454-0405
                  Email: Al.Buchman@usdoj.gov
                  Attorney for the Government

2

## CERTIFICATE OF SERVICE

I certify that on this 27th day of December 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

By:   *s/ Brenda L. Lozano*
      BRENDA L. LOZANO
      Legal Assistant
      United States Attorney's Office