IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Date: December 29, 2021
Courtroom Deputy: Robert R. Keech
Court Reporter: Mary George

---

| | |
|---|---|
| Criminal Action No.: 21-cr-00213-WJM | Counsel: |
| UNITED STATES OF AMERICA, | Albert C. Buchman |
| Plaintiff, | |
| v. | |
| 1. MATTHEW VERNON, | Timothy P. O'Hara |
| Defendant. | |

## COURTROOM MINUTES

**Change of Plea Hearing**

**10:34 a.m.   Court in session.**

Court calls case. Appearances of counsel. Defendant present, in custody.

Defendant sworn.

Defendant advised of maximum penalties.

Defendant's right to trial by jury and other constitutional rights explained.

Defendant re-arraigned.

Defendant pleads guilty to Counts 2 and 3 of Indictment.

**ORDERED:** Court's Exhibit 1 - Plea Agreement and Court's Exhibit 2 - Statement by Defendant in Advance of Plea of Guilty are received into evidence.

**ORDERED:** Defendant's pleas of guilty to Counts 2 and 3 of Indictment are ACCEPTED.

**ORDERED:** The U.S. Probation Office shall prepare a Presentence Investigation Report and Sentencing Statement. In accordance with this Court's Revised Practice Standards, all motions for a sentencing departure, for a statutory variant sentence outside the advisory guideline range, for a change in offense level, to dismiss counts or the indictment, or for acceptance of responsibility, must be filed no later than 14 days prior to the date of the sentencing hearing. Responses to such motions must be filed at least 7 days prior to the date of the sentencing hearing. Sentencing-related filings not in compliance with these deadlines may result in a continuance of the sentencing hearing.

**ORDERED:** **Sentencing is set for Wednesday, June 1, 2022, at 9:30 a.m., in Courtroom A-801 before Judge William J. Martínez.**

**ORDERED:** All hearings and settings in this case other than the Sentencing date are hereby vacated. Any pending motions are hereby denied as moot.

**ORDERED:** Defendant is remanded to the custody of the United States Marshal.

**11:05 a.m.**   Court in recess.  Total time in court:  :31      Hearing concluded.