IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No: 1: 21-cr-00213-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    MATTHEW VERNON,

    Defendant.

---

**ENTRY OF APPEARANCE OF COUNSEL**

---

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

Respectfully submitted this 31st day of March, 2022.

        COLE FINEGAN
        Acting United States Attorney

BY:    *s/ Daniel McIntyre*
        Assistant United States Attorney
        U.S. Attorney's Office
        1801 California Street, Suite 1600
        Denver, Colorado 80202
        Phone: (303) 454-0100
        Fax: (303) 454-0401
        Email: dmcintyre@usa.doj.gov
        Attorney for Government

## CERTIFICATE OF SERVICE

      I hereby certify that on this 31st day of March, 2022, I electronically filed the foregoing **ENTRY OF APPEARANCE OF COUNSEL** with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel of record.

*s/ Ian McCandless*
Legal Assistant
U.S. Attorney's Office