# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-00213-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    MATTHEW VERNON,

    Defendant.

---

## ENTRY OF APPEARANCE OF FORFEITURE COUNSEL

---

To:    The clerk of court and all parties of record

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

DATED at Denver, Colorado this 19th day of April 2022.

    COLE FINEGAN
    United States Attorney

    s/ *Tonya S. Andrews*
    Tonya S. Andrews
    Assistant United States Attorney
    United States Attorney's Office
    1801 California Street, Suite 1600
    Denver, Colorado 80202
    Telephone: 303-454-0100
    Fax: 303-454-0405
    Email: tonya.andrews@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 19th day of April 2022, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notice to all counsel of record.

      *s/ Sheri Gidan*
      FSA Records Examiner
      Office of the U.S. Attorney