IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-00213-WJM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     MATTHEW VERNON,

        Defendant.
_____

**UNITED STATES' MOTION FOR PRELIMINARY ORDER OF FORFEITURE**
_____

COMES NOW the United States of America, by and through United States Attorney Cole Finegan and Assistant United States Attorney Tonya S. Andrews, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), and moves this Court to enter a Preliminary Order of Forfeiture.

**I.    Procedural Background**

1.    On June 23, 2021, an Indictment was filed charging defendant Matthew Vernon, with the following: Count One, with possession of a firearm and ammunition by a prohibited person, in violation of 18 U.S.C. § 922(g)(1); Count Two, with knowingly and intentionally possess with the intent to distribute 100 grams and more of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B)(i); Count Three, with using, carrying, and possessing a firearm during and in relation to and in furtherance of a drug trafficking crime, in violation of 18 U.S.C. § 924(c)(1)(A)(i).  (Doc. 3).

2. The United States also sought forfeiture from defendant Matthew Vernon, pursuant to 18 U.S.C. § 924(d), 21 U.S.C. § 853 and 28 U.S.C. § 2461(c), of any firearms and ammunition involved in the commission of the offense, including but not limited to the following: AR15 style Black Rain Ordnance Fallout 15 bearing serial number BR008374; Glock 42 .380 caliber handgun, Ruger 10/22 .22LR rifle bearing serial number 82833479; and all recovered ammunition. (Doc. 1).

3. On December 29, 2021, the United States and defendant Matthew Vernon entered into a Plea Agreement. The Plea Agreement provides, *inter alia*, that the defendant agreed to plead guilty to Counts 2 and 3, charging a violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(i) and 18 U.S.C. § 924(c)(1)(A)(i); (2) waive certain appellate rights; and, (3) admit the forfeiture allegation contained in the Indictment. (ECF Doc. 24)

4. Pursuant to Rule 32.2(b)(1)(A) of the Federal Rules of Criminal Procedure, the Court must determine what property is subject to forfeiture under 18 U.S.C. § 924(d), 21 U.S.C. § 853, and 28 U.S.C. § 2461(c) as soon as practicable after a plea of guilty. Once the property is determined to be subject to forfeiture, the Court must promptly enter a Preliminary Order of Forfeiture. Fed. R. Crim. P. 32.2(b)(2)(A).

5. The Court's determination may be based on any plea agreement, any other evidence already in the record, and any other additional evidence submitted by the parties that the Court deems relevant and reliable. Fed. R. Crim. P. 32.2(b)(1)(B).

6. It is mandatory that the Preliminary Order of Forfeiture be entered "sufficiently in advance of sentencing to allow the parties to suggest revisions or modifications before the order becomes final as to the defendant." Fed. R. Crim. P.

32.2(b)(2)(B).

7. As set forth in the Plea Agreement, the defendant agrees that he possessed the AR15 style Black Rain Ordnance Fallout 15 bearing serial number BR008374; Glock 42 .380 caliber handgun, Ruger 10/22 .22LR rifle bearing serial number 82833479; and all recovered ammunition, during, in relation to, and in furtherance of crimes of possession with the intent to distribute controlled substances. (ECF Doc. 24). Accordingly, the defendant's interest in the firearms and ammunition are subject to forfeiture to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

8. A Preliminary Order of Forfeiture is necessary in order for the United States to seize the property subject to forfeiture. In addition, 21 U.S.C. § 853(n) requires that third parties who may have an interest in the property receive notice, via publication, or to the extent practical, direct written notice, of the forfeiture and the United States' intent to dispose of the property. The United States cannot accomplish the seizure, notice, and publication without a Preliminary Order of Forfeiture.

WHEREFORE, the United States moves this Court to enter the Preliminary Order of Forfeiture for the AR15 style Black Rain Ordnance Fallout 15 bearing serial number BR008374; Glock 42 .380 caliber handgun, Ruger 10/22 .22LR rifle bearing serial number 82833479; and all recovered ammunition, tendered herewith, for the reasons set forth above.

DATED this 19th day of April 2022.

Respectfully submitted,

COLE FINEGAN
United States Attorney

        By:    *s/ Tonya S. Andrews*
              Tonya S. Andrews
              Assistant U.S. Attorney
              U.S. Attorney's Office
              1801 California Street, Suite 1600
              Denver, Colorado 80202
              Telephone: (303) 454-0100
              E-mail: tonya.andrews@usdoj.gov
              *Attorney for the United States*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 19th day of April 2022, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notice to all counsel of record.

                                              *s/ Sheri Gidan*
                                              FSA Records Examiner
                                              Office of the U.S. Attorney