# METRO CRIME LABORATORY

705 South Nevada Avenue, Suite B200 Colorado Springs, CO 80903
Phone: (719)444-7750 Fax: (719)444-7924

## LABORATORY REPORT




**DEFENDANT'S EXHIBIT**
A
United States v. Vernon
21-cr-00213-WJM

| | | |
|---|---|---|
| **Requesting Agency:** | Case No: 21-22486<br>Colorado Springs Police Department<br>705 S Nevada Ave<br>Colorado Springs, CO 80903 | **Lab Case Number:** 21MCL01556<br>**Unit:** Chemistry |
| **Request Submitted By:** | Officer Erik GULBRANDSON, 1860 | **Chemist:** Ryan Traff, 6108 |
| **Request Date:** | Thu Jun 17, 2021 | **Report Date:** Mon Aug 30, 2021 |
| **Offense:** | Drugs/Narcotics | |
| **Suspect:** | VERNON, MATTHEW | **DOB:** 07/30/1981 |

**REQUESTED SERVICE -** [Chemistry - Drug Analysis]

## SUBMITTED EVIDENCE ITEMS

| Barcode (Item No.) | Item description |
|---|---|
| 202127307 (1) | Large chunks of a dark-brown solid, both inside a tape-wrapped plastic bag, and loose with a large, clear Ziploc plastic bag. |
| 202127321 (8) | A knotted plastic bag containing a white powder. |
| 202127322 (9) | Two clear Ziploc plastic bags marked "1" and "2", each containing a white crystalline solid. |
| 202127323 (10) | Large chunks of a dark-brown solid. |
| 202127324 (11) | Plastic bags with white powder residue. |
| 202127325 (12) | Two clear Ziploc plastic bags marked "1" and "2", each containing a white crystalline solid. |

## RESULTS, OPINIONS, INTERPRETATIONS AND CONCLUSIONS

| Barcode (Item No.) | Narrative |
|---|---|
| 202127307 (1) | The dark-brown solid, with a net weight of 0.59 +/- 0.03 kilograms as received, contains heroin, and presumptively contains a small quantity of methamphetamine. |
| 202127321 (8) | The white powder, with a net weight of 3.808 +/- 0.002 grams as received, contains cocaine. |
| 202127322 (9) | The crystalline solids, with corresponding net weights of 12.718 +/- 0.002 (9-1) and 22.888 +/- 0.002 (9-2) grams as received, contain methamphetamine. |
| 202127323 (10) | The dark-brown solid, with a net weight of 30.380 +/- 0.002 grams as received, contains heroin. |
| 202127324 (11) | This item was not opened or tested at this time. |
| 202127325 (12) | The crystalline solids, with corresponding net weights of 5.773 +/- 0.002 (12-1) and 1.465 +/- 0.002 (12-2) grams as received, presumptively contain methamphetamine. No further analysis was performed. |

## REMARKS

The analysis was conducted with chemical color tests, Raman spectroscopy, Fourier transform infrared spectroscopy (FTIR), and gas chromatography-mass spectrometry (GC/MS).

For non-residue samples, the reported weight range represents a confidence interval of 95%.

## EVIDENCE DISPOSITION

The evidence above will be returned to the submitting agency.

**END OF REPORT**

21MCL01556.0001_20210617_ReqID_028301

Report CH v.2016.09.15

ANAB ACCREDITED ISO/IEC 17025 FORENSIC TESTING LABORATORY

Page 1 of 2

This report is the property of the Metro Crime Laboratory [MCL]. If this report is reproduced, it **MUST** be reproduced in its entirety with all pages included.

**METRO CRIME LABORATORY**

**REPORT CONTINUATION**

Lab Case No.: **21MCL01556**  Agency Case No.: **21-22486 (CSPD)**

**Assigned Analyst**  08/27/2021 14:29
Ryan Traff | 6108
Forensic Chemist

21MCL01556.0001_20210617_ReqID_028301

Report CH v.2016.09.15

**Page 2 of 2**

This report is the property of the Metro Crime Laboratory [MCL]. If this report is reproduced, it **MUST** be reproduced in its entirety with all pages included.