IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 21-cr-00213-WJM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

**MATTHEW VERNON,**

       **Defendant.**

---

**UNOPPOSED MOTION TO RESTRICT ACCESS**

---

       MR. MATTHEW VERNON, by and through counsel, Timothy P. O'Hara, Assistant Federal Public Defender, respectfully requests Document Nos. 33 and 34 be restricted at Level 2.

                                       Respectfully submitted,

                                       VIRGINIA L. GRADY
                                       Federal Public Defender


                                       s/ *Timothy P. O'Hara*
                                       TIMOTHY P. O'HARA
                                       Assistant Federal Public Defender
                                       633 Seventeenth Street, Suite 1000
                                       Denver, Colorado 80202
                                       Telephone: (303) 294-7002
                                       FAX: (303) 294-1192
                                       Email: timothy_ohara@fd.org
                                       Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2022, I electronically filed the foregoing *Unopposed Motion to Restrict Access* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Garreth Winstead, III, Assistant United States Attorney
E-mail: garreth.winstead@usdoj.gov

Daniel McIntyre, Assistant United States Attorney
E-mail: Daniel.McIntyre@usdoj.gov


. . . and I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Matthew Vernon (via U.S. mail)

> s/ *Timothy P. O'Hara*
> TIMOTHY P. O'HARA
> Assistant Federal Public Defender
> 633 Seventeenth Street, Suite 1000
> Denver, Colorado  80202
> Telephone:  (303) 294-7002
> FAX:  (303) 294-1192
> Email:  timothy_ohara@fd.org
> Attorney for Defendant