IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Date:                     August 12, 2022
Courtroom Deputy: Heidi L. Guerra
Court Reporter:     Mary George
Probation Officer:  Kelly Muller

| Criminal Action No. **1:21-cr-00213-WJM-1** | Counsel: |
|---|---|
| UNITED STATES OF AMERICA, | Daniel Robert McIntyre |
| Plaintiff, | |
| v. | |
| MATTHEW VERNON, | Timothy Patrick O'Hara |
| Defendant. | |

### COURTROOM MINUTES

**Sentencing Hearing**

**2:20 p.m.      Court in session.**

Court calls case. Appearances of counsel. Defendant is present in custody. Probation Officer present in courtroom.

Defendant placed under oath by Courtroom Deputy.

Court's remarks regarding defendant's offense level, criminal history level and sentencing guidelines range.

Defendant's [31] Objections are overruled as stated on the record.

**ORDERED:**  The Government's oral Motion to Dismiss Count 1 is granted; Count 1 is dismissed with prejudice.

**ORDERED:**  The Government's oral Motion for Acceptance of Responsibility is granted.

Argument given on sentencing.

The Court states its consideration of the history and characteristics of the defendant under 18 U.S.C. § 3553(a).

**ORDERED:** Restricted Motion [ECF 33] is granted.

Court's findings and conclusions.

**ORDERED:** The Plea Agreement between the parties is ACCEPTED.

**ORDERED:** Defendant shall be imprisoned for 60 months as to Count 2 and 60 months as to Count 3 to run consecutively for a total of 120 months. Upon release from imprisonment, the defendant shall be placed on supervised release for a period of 4 years on each Count to run concurrently.

The Court recommends that the director of the Bureau of Prisons give the defendant full credit for time served in presentence detention.

The Court recommends that the director of the Bureau of Prisons place the defendant in a facility that is appropriate to his security designation and is located within the District of Colorado.

**ORDERED:** The defendant shall be subject to the standard, mandatory, and special conditions of supervised release, as stated on the record. Defendant shall pay a special assessment of $200, due and payable immediately. Payment of any fine is waived.

**ORDERED:** The defendant shall cooperate in the collection of DNA as directed by the probation officer.

**ORDERED:** Pursuant to Rule 32.2 of the Fed. Rules of Crim. P. and the defendant's admission to the Forfeiture Allegation in the Indictment, the defendant shall forfeit to the United States any and all property, real or personal, derived from proceeds from the instant offense and as stipulated to in the Plea Agreement.

The defendant is formally advised of his limited right to appeal the sentence imposed by the Court. Any notice of appeal must be filed with the Clerk of the Court within 14 days after entry of judgment.

**ORDERED:** Defendant is remanded to the custody of the United States Marshal.

**3:22 p.m.     Court is adjourned. Hearing concluded.**

Total time in court: 1 hour 2 minutes