IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-00213-WJM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     MATTHEW VERNON,

        Defendant.

_____

**UNITED STATES' MOTION FOR FINAL ORDER OF FORFEITURE**
_____

COMES NOW the United States of America, by and through United States Attorney Cole Finegan and Assistant United States Attorney Tonya S. Andrews, and moves this Court to enter a Final Order of Forfeiture in this case pursuant to 18 U.S.C. § 924(d), 21 U.S.C. § 853, and 28 U.S.C. § 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure.  In support thereof, the United States submits the following:

    1.    On June 23, 2021, the grand jury charged defendant Matthew Vernon by Indictment with the following:  in Count One, with Possession of a Firearm and Ammunition by a person previously convicted of a crime punishable by imprisonment for a term exceeding one year, a violation of 18 U.S.C. § 922(g)(1); in Count Two, with knowingly and intentionally possess with the intent to distribute 100 grams and more of a mixture and substance containing a detectable amount of heroin, a Schedule I

1

Controlled Substance, a violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B)(i); in Count Three, with using, carrying, and possessing a firearm during and in relation to and in furtherance of a drug trafficking crime, a violation of 18 U.S.C. § 924(c)(1)(A)(i).

2. The United States also sought forfeiture from defendant Matthew Vernon, pursuant to 18 U.S.C. § 924(d), 21 U.S.C. § 853 and 28 U.S.C. § 2461(c), of any firearms and ammunition involved in the commission of the offense, including but not limited to the following: AR15 style Black Rain Ordinance Fallout 15 bearing serial number BR008374; Glock 42 .380 caliber handgun; Ruger 10/22 .22LR rifle bearing serial number 82833479, and all the recovered ammunition.  (Doc. 1)

3. On December 29, 2021, the United States and defendant Matthew Vernon entered into a Plea Agreement.  As part of the Plea Agreement, the defendant agreed to plead guilty to Counts Two and Three of the Indictment and forfeit the AR15 style Black Rain Ordinance Fallout 15 bearing serial number BR008374; Glock 42 .380 caliber handgun; Ruger 10/22 .22LR rifle bearing serial number 82833479; and all recovered ammunition, pursuant to 18 U.S.C § 924(d), 21 U.S.C. § 853, and 28 U.S.C. § 2461(c). (Doc. 24).

4. On April 19, 2022, the Court entered a Preliminary Order of Forfeiture, forfeiting to the United States any and all of defendant Matthew Vernon's right, title and interest in the AR15 style Black Rain Ordinance Fallout 15 bearing serial number BR008374; Glock 42 .380 caliber handgun; Ruger 10/22 .22LR rifle bearing serial number 82833479; and all recovered ammunition.  (Doc. 29).

5. The Preliminary Order of Forfeiture further directed the United States to seize the subject property and to publish notice of the forfeiture.

6. Accordingly, the United States properly published notice of the forfeiture, via an official government internet website for thirty consecutive days from July 13, 2022 to August 11, 2022, consistent with Federal Rule of Criminal Procedure 32.2(b)(6)(C).

7. Federal Rule of Criminal Procedure 32.2(b)(6)(A) also requires that the government send notice to "any person who reasonably appear to be a potential claimant with standing to contest the forfeiture in the ancillary proceeding."

8. No Verified Statement of Interest or Petition to the United States of America, for Ancillary Hearing has been filed by any third parties within the time period set forth in the Notice of Forfeiture. Therefore, any third party is barred by their failure to timely file a petition asserting an interest in the property to be forfeited.

WHEREFORE, the United States moves this Court for entry of the Final Order of Forfeiture tendered, herewith, in accordance with 18 U.S.C. § 924(d), 21 U.S.C. §853, and 28 U.S.C. § 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure, for the AR15 style Black Rain Ordinance Fallout 15 bearing serial number BR008374; Glock 42 .380 caliber handgun; Ruger 10/22 .22LR rifle bearing serial number 82833479; and all recovered ammunition.

DATED this 18th day of August 2022.

Respectfully submitted,

COLE FINEGAN
United States Attorney

        By:    s/*Tonya S. Andrews*
              Tonya S. Andrews
              Assistant United States Attorney
              1801 California Street, Suite 1600
              Denver, Colorado 80202
              Telephone (303) 454-0100
              E-mail: tonya.andrews@usdoj.gov
              *Attorney for Plaintiff*

### CERTIFICATE OF SERVICE

    I hereby certify that on this 18th day of August 2022, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notice to all counsel of record.

              *s/Sheri Gidan*
              FSA Paralegal
              Office of the U.S. Attorney