IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-213-WJM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     MATTHEW VERNON,

       Defendant.

---

### FINAL ORDER OF FORFEITURE

---

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture. The Court having reviewed said Motion FINDS:

THAT the United States commenced this action pursuant to 18 U.S.C. § 924(d), 21 U.S.C. § 853, and 28 U.S.C. § 2461(c), as set forth in the Indictment returned on May 6, 2021;

THAT a Preliminary Order of Forfeiture was entered on June 23, 2021;

THAT all known interested parties were provided an opportunity to respond and that publication has been effected as required by 21 U.S.C. § 853(n);

THAT the time for any other third-party to file a petition has expired;

THAT no Petition for Ancillary Hearing has been filed by any petitioner; and

THAT it further appears there is cause to issue a forfeiture order under 18 U.S.C. § 924(d), 21 U.S.C. § 853, and 28 U.S.C. § 2461(c).

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

1

THAT judgment of forfeiture of the AR15 style Black Rain Ordinance Fallout 15 bearing serial number BR008374; Glock 42 .380 caliber handgun; Ruger 10/22 .22LR rifle bearing serial number 82833479, and all the recovered ammunition, shall enter in favor of the United States pursuant to 18 U.S.C. § 924(d), 21 U.S.C. § 853, and 28 U.S.C. § 2461(c), free from the claims of any other party; and

THAT the United States shall have full and legal title to the forfeited AR15 style Black Rain Ordinance Fallout 15 bearing serial number BR008374; Glock 42 .380 caliber handgun; Ruger 10/22 .22LR rifle bearing serial number 82833479, and all the recovered ammunition, and may dispose of it in accordance with law.

Dated this 18th day of August, 2022.

BY THE COURT:

_____
William J. Martínez
United States District Judge